UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN OSMAN ALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY BANK,<br><br>　　　　Defendant. | No. 1:17-cv-00488-DAD-SKO<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO ABIDE BY THIS COURT'S ORDERS |

On April 13, 2017, the parties filed a notice of settlement in this case. (Doc. No. 5.) Thereafter, this court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety, no later than May 30, 2017. (Doc. No. 6.) To date, no such dismissal papers have been filed. Accordingly, **within fourteen days of the date of service of this order**, the parties are directed to (1) file appropriate dismissal papers, or (2) file a written response stating why this case should not be dismissed for failure to prosecute and failure to abide by the court's order. If no response is received, the court will dismiss this action.

IT IS SO ORDERED.

　Dated: **August 3, 2017**　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1